# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| LEANN ABELL,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, RYAN ZINKE, Secretary; BUREAU OF LAND MANAGEMENT,<br><br>  Defendants, | Case No.: 2:17-cv-00531-REB<br><br>**ORDER OF DISMISSAL** |

This matter having come before the Court upon the parties' Stipulation to Dismiss (Dkt. 101), pursuant to FRCP 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE, each party to pay its own attorneys' fees and costs.

In light of the dismissal, (1) Defendant's Motion in Limine to Exclude the Testimony of Patricia Olsson (Dkt. 71) is DENIED AS MOOT, and (2) Plaintiff's First Motion in Limine (Dkt. 76) is DENIED AS MOOT.

The Clerk's Office is directed to close the case.

DATED: July 21, 2020

_Ronald E. Bush_
Ronald E. Bush
Chief U.S. Magistrate Judge

**ORDER OF DISMISSAL - 1**